IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:05CR230

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | **ORDER OF DISMISSAL** |
| ) | |
| ) | |
| KAREEM KERRY FAKHOURY ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment.

The Court finds for the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED** and the indictment is hereby **DISMISSED**.

Signed: January 24, 2006

Lacy H. Thornburg
United States District Judge