IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**CRIMINAL NO. 1:05CR230**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **KAREEM KERRY FAKHOURY** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's motion for early termination of his probationary period.

The indictment herein was dismissed by the Court on the Government's motion.[1]  **See Order of Dismissal, filed January 25, 2006.**  Therefore, this motion is moot.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for early termination of his probationary period is hereby **DENIED** as moot**.**

---

[1] However, the Defendant entered a plea of guilty to a bill of information filed December 21, 2005.  **See Bill of Information, filed December 21, 2005, in Criminal No. 1:05MJ245**.  He was sentenced by the Magistrate Judge on May 9, 2005, to a three-year term of probation.  **See Judgment in a Criminal Case, filed May 12, 2006.**  Defendant's counsel has been advised to refile this motion in that case.

2

Signed: June 21, 2007

Lacy H. Thornburg
United States District Judge